UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED
DEC 19 2007

| | | |
|---|---|---|
| CHRISTOPHER LEE FIELDS, | * | CIV. 07-4086 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | ORDER |
| | * | |
| DOUGLAS L. WEBER; | * | |
| JESSICA STEVENSON; | * | |
| JULIE SPURRELL; | * | |
| all in their official and unofficial capacites; | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff brings this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The Magistrate Judge issued a Report and Recommendation recommending that the Complaint be dismissed for failure to state a claim upon which relief can be granted.

The Court has reviewed the Plaintiff's Objections to the Report and Recommendation. The Plaintiff has not alleged a constitutional violation. Allegations amounting to a claim of negligence alone are not enough to proceed on a case such as this. The objections are overruled. Accordingly,

IT IS ORDERED that:

1. Plaintiff's objections are OVERRULED and the Report and Recommendation (Doc. 10) is ADOPTED.

2. Plaintiff's complaint is dismissed, without prejudice, for failure to state a claim upon which relief can be granted, each party to pay their own costs.

Dated this 19th day of December, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: Shelly Margulies , Deputy
(SEAL)